■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH M. SANOK, Appellant.— Judgment insofar as it sentences defendant for grand larceny, second degree unanimously modified in the interest of justice by reducing the maximum term of the indeterminate sentence from 7 years to 4 years, and otherwise judgment affirmed. (Appeal from judgment of Erie County Court convicting defendant of grand larceny, second degree, and falsifying business records, first degree.) Present — Goldman, P. J., Del Vecchio, Witmer, Cardamone and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALVIN WALLER, Appellant.— Judgment unanimously affirmed. (See *People* v. *Moyer,* 27 N Y 2d 252; *People* v. *Mussenden,* 308 N. Y. 558.) (Appeal from judgment of Erie County Court convicting defendant of assault, third degree.) Present — Goldman, P. J., Del Vecchio, Witmer, Cardamone and Henry, JJ.

■ In the Matter of RAYMOND WILBERT, as Executor of PETER WILBERT, Deceased, Appellant, v. GEORGE A. HASKINS et al., Constituting the Zoning Board of Appeals of the Town of Webster, Respondents.— Judgment unanimously affirmed, without costs. Memorandum: The record shows that respondent board had reasonable grounds for denying the petition for a variance. The court, therefore, has no authority to annul the determination and substitute its judgment for that of the board (*Matter of North Shore Steak House* v. *Board of Appeals of Inc. Vil. of Thomaston,* 30 N Y 2d 238, 243; and, see, *Matter of Lemir Realty Corp.* v. *Larkin,* 11 N Y 2d 20, 24–26). (Appeal from judgment of Monroe Special Term in article 78 proceeding to annul determination denying variance.) Present — Goldman, P. J., Del Vecchio, Witmer, Cardamone and Henry, JJ.